IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA L. MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 15-cv-187-CJP[1] |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**Proud, Magistrate Judge:**

This matter is now before the Court on the parties' Joint Motion for Remand. **(Doc. 36)**.

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, an ALJ will "will reevaluate the opinions of Drs. Snyder and Jenkins and nurse Ms. Mack. As appropriate, the

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 13.

ALJ will reevaluate Plaintiff's residual functional capacity, and proceed through the sequential disability evaluation process."

The Court notes that plaintiff applied for disability benefits in July 2011. (Tr. 19).  Plaintiff's application has now been pending for more than four and one-half years.  While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion for Remand **(Doc. 36)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Angela L. Martin's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  February 10, 2016.**

        s/ Clifford J. Proud
        **CLIFFORD J. PROUD**
        **UNITED STATES MAGISTRATE JUDGE**