### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA L. MARTIN, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | )   Civil No.   15-cv-187-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
|         Defendant. | ) |

### ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is the parties' Stipulation for Attorney Fee Pursuant to the Equal Access to Justice Act.   **(Doc. 39).**

The parties have agreed that plaintiff is entitled to an award in the amount of $7,300.00 for attorney's fees.   The parties agree that this award shall fully satisfy any claims for fees, costs and expenses that may be payable in this case under the Equal Access to Justice Act, 28 U.S.C. §2412.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

Pursuant to the parties' Stipulation **(Doc. 39)**, the Court awards plaintiff Angela L. Martin the sum of **$7,300.00** (seven thousand and three hundred dollars) for attorney's fees and expenses pursuant to the Equal Access to Justice

1

Act. These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   April 21, 2016.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
